Montgomery Y. Paek, Esq.
Nevada Bar No. 10176
Amy L. Thompson, Esq.
Nevada Bar No. 11907
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
mpaek@littler.com
athompson@littler.com
asclark@littler.com

Attorneys for Defendant
HILTON RESORTS CORPORATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE GALVEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HILTON RESORTS CORPORATION; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 2:24-cv-02147-CDS-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>[FIRST REQUEST] |

Plaintiff Julie Galvez and Defendant Hilton Resorts Corporation, by and through their respective counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the First Amended Complaint from the current deadline of February 18, 2025, up to and including **March 20, 2025.**

On February 3, 2025, Plaintiff filed a First Amended Complaint, which added new claims against Hilton. (ECF No. 8.) The additional requested time will allow defense counsel to conduct a complete investigation into the new allegations and claims and prepare a response thereto.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: February 5, 2025

Respectfully submitted,

*/s/Leah L. Jones*
Joshua D. Buck, Esq.
Leah L. Jones, Esq.
THIERMAN BUCK

*Attorneys for Plaintiff*
JULIE GALVEZ

Dated:  February 5, 2025

Respectfully submitted,

*/s/ Montgomery Y. Paek*
Montgomery Y. Paek, Esq.
Amy L. Thompson, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

*Attorney for Defendant\*
HILTON RESORTS CORPORATION

**IT IS SO ORDERED.**

Dated:  2/7/2025

_____
U.S. MAGISTRATE JUDGE

4858-7505-4078.1 / 116024-1028

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2