THIERMAN BUCK
325 W. Liberty Street
Reno, NV 89501
(775) 284-1500 Fax (775) 703-5027
Email: infor@thiermanbuck.com; www.thiermanbuck.comt

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JULIE GALVEZ, on behalf of herself and all others similarly situated,

          Plaintiff

v.

HILTON RESORTS CORPORATION,

          Defendant

Case No.: 2:24-cv-02147-CDS-BNW

**ORDER SETTING PRELIMINARY APPROVAL HEARING**

In the parties' notice of settlement, they request to set a hearing for the preliminary approval of collective and class action settlement. It is therefore ordered that:

(1) The preliminary approval hearing is set for April 21, 2026, at 10:00 a.m. in LV Courtroom 6B.

(2) Plaintiffs must file the motion for preliminary approval of collective and class action settlement no later than April 1, 2026.

Dated: February 25, 2026

_____
U.S. District Judge