Montgomery Y. Paek, Esq.
Nevada Bar No. 10176
Amy L. Thompson, Esq.
Nevada Bar No. 11907
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
mpaek@littler.com
athompson@littler.com
asclark@littler.com

Attorneys for Defendant
HILTON RESORTS CORPORATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIE GALVEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>HILTON RESORTS CORPORATION,<br><br>Defendant | Case No. 2:24-cv-02147-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT MOTION FOR PRELIMINARY APPROVAL AND CONTINUE PRELIMINARY APPROVAL HEARING**<br><br>**[FIRST REQUEST]**<br><br>[ECF Nos. 25, 26] |

Plaintiff Julie Galvez and Defendant Hilton Resorts Corporation, through their respective counsel, hereby agree and stipulate to extend the time for the parties to file their Joint Motion for Preliminary Approval of Collective and Class Action Settlement from the current deadline of April 1, 2026, up to and including **April 17, 2026**.  The parties further ask that the Court vacate and reschedule the current hearing on their Joint Motion for Preliminary Approval, which is set for April 21, 2026, and reschedule that hearing during the week of April 27, 2026, or thereafter at a time convenient for the Court.

The parties agree that good cause exists for this extension.  The parties attended a private mediation with the Honorable David Wall (ret.) on February 10, 2026, during which they reached

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas
Nevada 89113.4770
702.862.8800

an agreement in principle to settle all of Plaintiff's individual and class-based claims. Following the mediation, the parties finalized the terms of the settlement, which took slightly longer than anticipated. As a result, the parties have not yet completed execution of the settlement agreement or Joint Motion for Preliminary Approval. The parties anticipate executing the settlement agreement in the coming days and submitting the Joint Motion for Preliminary Approval thereafter. Accordingly, the parties respectfully request an extension to file their Joint Motion for Preliminary Approval up to and including April 17, 2026.

Given the current hearing date on the parties' Joint Motion for Preliminary Approval, which is scheduled on April 21, 2026, the parties also ask that the Court vacate the current hearing and reschedule it for a time convenient to the Court during the week of April 27, 2026, or thereafter.

This is the first request for an extension of time to file the Joint Motion for Preliminary Approval of Collective and Class Action Settlement. This is also the first request to continue the hearing on the parties' Joint Motion for Preliminary Approval. Both requests are made in good faith and not for the purpose of delay.

Dated: March 31, 2026

Respectfully submitted,

/s/ Leah L. Jones
Joshua D. Buck, Esq.
Leah L. Jones, Esq.
THIERMAN BUCK

Attorneys for Plaintiff
JULIE GALVEZ

Dated: March 31, 2026

Respectfully submitted,

/s/ Andrew S. Clark
Montgomery Y. Paek, Esq.
Amy L. Thompson, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendant
HILTON RESORTS CORPORATION

Based on the parties' stipulation, the deadline to file a joint motion for preliminary approval of collective and class action settlement is extended to April 17, 2026. It is ordered that the April 21, 2026 preliminary approval hearing is vacated and continued to April 28, 2026, at 10:00 a.m., in LV Courtroom 6B.

Dated: March 31, 2026

_____
UNITED STATES DISTRICT JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas
Nevada 89113.4770
702.862.8800

2